# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES H. DONELL, PERMANENT RECEIVER FOR GLOBAL EXPRESS CAPITAL REAL ESTATE INVESTMENT FUND I, LLC, | CV-S-04-1071- KJD-LRL |
| Plaintiff, | **O R D E R** |
| vs. | |
| CANYON LENDERS, LLC, a Nevada limited liability company; FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., a Nevada corporation; AMERICAN EXCHANGE, INC., a Nevada corporation; PERPETUAL INVESTMENTS, INC., a Nevada corporation; ROBERT E. RIPPE, Individually; and HOMEOWNER ASSOCIATION SERVICES, INC., a putative corporation, | |
| Defendants. | |
| PERPETUAL INVESTMENT, INC., a Nevada corporation; ROBERT E. RIPPE, Individually; and AMERICAN EXCHANGE, INC., a Nevada corporation, | |
| Cross-Claimants and Third Party Plaintiffs, | |
| vs. | |
| FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., a Nevada corporation; and CONNIE FARRIS, Individually, | |
| Cross-Defendants and Third Party Defendants. | |

1  Presently before the Court is Defendant, CANYON LENDERS, Motion to Dismiss
2  (#107). The Court has also read and considered the opposition (#115) and the Reply
3  (#121).

ANALYSIS

CANYON LENDERS' Motion is based on the alleged failure of Plaintiff to name a number of parties. Those "parties" are the former beneficiaries of the Second Deed of Trust. CANYON LENDERS, which was not a beneficiary of the Second Deed of Trust acquired title to the property at a Trustee's Sale on March 27, 2003, by using a credit bid with no cash consideration. CANYON LENDERS later transferred the property to another entity.

Until such time as the Court rules that the Trustee's Sale is void, Defendant's motion is premature. Accordingly, Defendant CANYON LENDERS' Motion to Dismiss (#107) is **DENIED** as premature.

DATED this 24 day of March 2006.

_____
Kent J. Dawson
United States District Judge